No. 6446. JAMES *v.* ZELKER, CORRECTIONAL SUPER-INTENDENT. C. A. 2d Cir. Certiorari denied.

No. 6454. GRADY *v.* FIELD, MEN'S COLONY SUPERIN-TENDENT. C. A. 9th Cir. Certiorari denied.

No. 6455. MINKEL *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 6460. PRICE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 6461. PARROTT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 6463. CUNNINGHAM *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6465. DALTO *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied.

No. 6466. STANDLEY *v.* CONTE. Sup. Ct. Wash. Certiorari denied.

No. 6468. FAHRIG *v.* YOUNG ET AL. C. A. 6th Cir. Certiorari denied.

No. 6473. WRIGHT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6478. JONES *v.* DIRECTOR, PATUXENT INSTITU-TION. Ct. Sp. App. Md. Certiorari denied.

No. 6480. MUELLER *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 6487. NEAL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 6488. BOTICA *v.* BRANTLEY, WARDEN. Sup. Ct. Ill. Certiorari denied.